LEHIGH VALLEY HARBOR TERMINAL RAILWAY CORPO-
RATION, APPLICANT, v. THE STATE BOARD OF TAX
APPEALS AND THE CITY OF JERSEY CITY, DEFEND-
ANTS.

LEHIGH VALLEY RAILROAD COMPANY OF NEW JERSEY,
APPLICANT, v. THE STATE BOARD OF TAX APPEALS
AND THE CITY OF JERSEY CITY, DEFENDANTS.

NATIONAL STORAGE COMPANY, APPLICANT, v. THE
STATE BOARD OF TAX APPEALS AND THE CITY OF
JERSEY CITY, DEFENDANTS.

UNITED REAL ESTATE COMPANY, APPLICANT, v. THE
STATE BOARD OF TAX APPEALS AND THE CITY OF
BAYONNE, DEFENDANTS.

UNITED REAL ESTATE COMPANY, APPLICANT, v. THE
STATE BOARD OF TAX APPEALS AND THE CITY OF
JERSEY CITY DEFENDANTS.

Argued May 5, 1937—Decided June 23, 1937.

Before Justices LLOYD, CASE and DONGES.

For the appellants, *Lum, Tamblyn & Fairlie.*

For the city of Jersey City, *James A. Hamill.*

For the city of Bayonne, *Alfred Brenner.*

PER CURIAM.

The applications for writs of *certiorari* in the above cases
are allowed, conditioned upon the payment, where such pay-
ment has not already been made, of fifty per cent. of the taxes
assessed.